February 07, 2007

Mr. S. Vance Wittie
Sedgwick, Detert, Moran & Arnold LLP
1717 Main St., Suite 5400
Dallas, TX 75201-7367
Mr. Allen P. Miller
4207 Belclaire Ave
Dallas, TX 75205

RE: Case Number: 06-0073
 Court of Appeals Number:
 Trial Court Number:

Style: IN RE DAIMLERCHRYSLER AG CLK430 LITIGATION

Dear Counsel:

 Today the Multidistrict Litigation Panel issued the enclosed order in
the above-referenced case.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

| | |
|cc: | |
|Ms. Shirl Townsend | |
|Judge Mary Murphy | |
|Multidistrict Litigation (via | |
|email) | |
| | |
| | |